UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUIPING YAN, RI XIN JIANG, LIN JIE LU, KAM HOI CHAN, XIAOHUI HU, BO ZHANG, and HONGTAO YU,<br><br>       *Plaintiffs*,<br><br>-against-<br><br>HUNGRYPANDA US INC.,<br><br>       *Defendant.* | 22-cv-08963 (ALC)<br><br><u>CONFERENCE ORDER</u> |

**ANDREW L. CARTER, JR., District Judge:**

  The Court will hold a telephonic conference in this action on Wednesday, September 13, 2023 at 11:30AM Eastern Time.

  All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:** September 11, 2023
   New York, New York

                          ANDREW L. CARTER, JR.
                          United States District Judge