UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HUIPING YAN, RI XIN JIANG, LIN JIE LU, KAM HOI CHAN, XIAOHUI HU, BO ZHANG, and HONGTAO YU,** *Plaintiffs*, -against- **HUNGRYPANDA US INC.,** *Defendant.* | **22-cv-08963 (ALC)** **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

      Pursuant to the conference held on September 13, 2023, Defendant's cross-motion for dismissal pursuant to Fed. R. Civ. P. 12(b)(1), ECF No. 17, is hereby **GRANTED**, and Plaintiff's motion to remand, ECF No. 14, is **DENIED**. This action is DISMISSED without prejudice. The Court of the Clerk is respectfully directed to terminate this action.

**SO ORDERED.**

Dated: September 13, 2023
      New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**